# MEMORANDUM CASE.

[Civ. No. 3180.   Third Appellate District.—February 19, 1927.]

W. I. WAGG, Appellant, v. JOHN HATCH et al.,
Respondents.

[1] PROMISSORY NOTES.—Judgment affirmed on authority of *Wagg* v.
*Toler,* 80 Cal. App. 501.

APPEAL from a judgment of the Superior Court of Los
Angeles County.   J. B. Landis, Judge.   Affirmed.

The facts are similar to those involved in the case of
*Wagg* v. *Toler,* 80 Cal. App. 501.

Gerald Willis Myers and Bigby & Myers for Appellant.

James S. Bennett for Respondents.

THE COURT.—[1]   This is an appeal by the plaintiff
from a judgment in favor of defendants.   The parties have
filed herein the following stipulation:

"It is hereby stipulated . . . that the above-entitled case
involves the same facts and circumstances as the case of
*Wagg* v. *Toler et al.,* 80 Cal. App. 501 [251 Pac. 973], and it
is hereby stipulated that the above-entitled case may be sub-
mitted without oral argument for decision by the court, upon
the authority of the opinion in *Wagg* v. *Toler, supra,* ren-
dered December 28, 1926."

Pursuant to the foregoing stipulation, and on the authority
of *Wagg* v. *Toler,* 80 Cal. App. 501 [251 Pac. 973], the judg-
ment is affirmed.